**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA'S INSURANCE SERVICES, INC., A CALIFORNIA CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIANA'S TOWING SERVICES, A PARTNERSHIP, et al.<br><br>        Defendants. | Case No. EDCV 12-01717 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Joint Motion to Dismiss filed by Plaintiff on August 30, 2013 (Doc. No. 20), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 3, 2013

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge